UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABENAMAR ZAPATA PONCE,

              Petitioner,

v.

JEFFREY UTTECHT,

              Respondent.

Case No. C20-6261-JLR-MLP

ORDER OF DISMISSAL

      Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

      (1)     The Court ADOPTS the Report and Recommendation;

      (2)     Plaintiff's habeas petition (dkt. # 7), and this action, are DISMISSED with prejudice;

      (3)     Plaintiff's "Motion for Vicarious Exhaustion of State Remedies" (dkt. # 8) and "Motion to Compel for Information (Show Cause)" (dkt. # 9) are DENIED as moot;

      (4)     A certificate of appealability is DENIED as to all claims; and

      (5)     The Clerk is directed to send a copy of this Order to Plaintiff.

ORDER OF DISMISSAL - 1

Dated this 19th day of ___March___, 2021.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2